**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **IESHA GODFREY,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 1:18-CV-342-ADA-DH** |
| | § | |
| **LABRAD DIAGNOSTICS, LLC and** | § | |
| **SAM AKERS** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 19. Judge Howell recommends that this Court **GRANT** Akers's Motion (Dkt. 17) and **SET ASIDE** the default judgment against him. *Id.* at 11. The report further recommends that this Court **EXTEND** the time for Godfrey to properly serve Akers for 30 days after any adoption of this recommendation and to **ORDER** the parties to file a proposed scheduling order within 14 days of effective service on Akers. *Id.* The report was filed on May 15, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). To date, neither party has filed objections to Judge Howell's Report and Recommendation.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 19) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Akers's Motion (Dkt. 17) is hereby **GRANTED** and the default judgment against him is hereby **SET ASIDE.**

**IT IS FURTHER ORDERED** that the time for Godfrey to properly serve Akers is hereby **EXTENDED** for 30 days after the date of this order

**IT IS FURTHER ORDERED** that the parties must file a proposed scheduling order within 14 days of effective service on Akers.

**SIGNED** this 22nd day of June, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE